Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Olga Guerrero |
| **Docket Number:** | 1:03CR05165-08 OWW |
| **Offender Address:** | Porterville, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | August 30, 2004 |
| **Original Offense:** | 21 USC 846 and 841(a)(1), Attempted Distribution of 5 Grams or More of Methamphetamine<br>(CLASS B FELONY) |
| **Original Sentence:** | 28 months Bureau of Prisons; 60 months TSR; mandatory drug testing; $100 SA |
| **Special Conditions:** | 1) Search and seizure; 2) Participate in correctional treatment; 3) Participate in a program of testing; 4) Shall not possess any paging or cellular device without probation officer approval; 5) Participate in co-payment plan. |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | April 19, 2005 |
| **Assistant U.S. Attorney:** | Kathleen A. Servatius   **Telephone:** (559) 497-4077 |
| **Defense Attorney:** | James Silva   **Telephone:** (760) 347-0855 |
| **Other Court Action:** | None |

**RE:   Olga Guerrero**
**Docket Number:  1:03CR05165-08**
**PETITION TO MODIFY THE CONDITIONS OF**
**SUPERVISION WITH CONSENT OF THE OFFENDER**

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

**As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient).**

**Justification:**

On April 19, 2005, the defendant was released from the Bureau of Prisons, supervision commenced, and she was reunited with her family in Porterville, California.

The offender has been in full compliance of her supervision conditions.  However, on April 25, 2006, the offender met with the probation officer and explained she was experiencing marital issues.  On this date, the offender signed the modification form for mental health counseling but indicated that counseling was not being requested at this time.  The probation officer monitored and assessed the family situation for counseling needs.

On August 23, 2006, the offender met with the probation officer to further discuss her marital problems and requested outpatient counseling.  Accordingly, the offender explained that her husband has a drinking (alcohol) problem and has been violent and both physically and mentally abusive towards her.  She cited the last physical altercation was August 19th, 2006; however, local law-enforcement was not called.  She is fearful of her husband; and as a result of the physical and mental abuse, she is experiencing depression, anxiety, and some suicidal thoughts.

The offender is currently under her doctor's care for depression and anxiety.  She was referred to an "emergency" mental health assessment and counseling session on August 23, 2006, through Turning Point Aftercare in Visalia, California.  Additionally, the offender moved out of her home on this date and is now residing with her mother in Porterville.

Rev. 06/2006
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:   Olga Guerrero**
**Docket Number:  1:03CR05165-08**
**PETITION TO MODIFY THE CONDITIONS OF**
**SUPERVISION WITH CONSENT OF THE OFFENDER**

Therefore, as a result of the offender's present need for mental health treatment and her signed "Waiver of Hearing to Modify Conditions of Supervised Release," it is our recommendation that the modification request be approved in order  to fully implement and provide the appropriate treatment.

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship**
**United States Probation Officer**
Telephone:  (559) 734-0317

**DATED:**     August 28, 2006
Visalia, California

**REVIEWED BY:**     /s/ Rick C. Louviere
**Rick C. Louviere**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X  )   Modification approved as recommended.

(    )   Modification not approved at this time.  Probation Officer to contact Court.

(    )   Other:
IT IS SO ORDERED.

Rev. 06/2006
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:   Olga Guerrero**
      **Docket Number:  1:03CR05165-08**
      **PETITION TO MODIFY THE CONDITIONS OF**
      **SUPERVISION WITH CONSENT OF THE OFFENDER**


**Dated:   August 30, 2006**              /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

Rev. 06/2006
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG